DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| | | | |
|---|---|---|---|
| 127P17 | Christian G. Plasman, in his Individual Capacity and Derivatively for the Benefit of, on Behalf of and Right of Nominal Party Bolier & Company, LLC. v. Decca Furniture (USA), Inc., Decca Contract Furniture, LLC, Richard Herbst, Wai Theng Tin, Tsang C. Hung, Decca Furniture, Ltd., Decca Hospitality Furnishings, LLC, Dongguan Decca Furniture Co. Ltd., Darren Hudgins, Decca Home, LLC and Elan by Decca, LLC and Bolier & Company, LLC. v. Christian J. Plasman (a/k/a Barrett Plasman) | 1. Plaintiff and Third Party Defendant's PDR Prior to a Decision of COA <br><br> 2. Plaintiff and Third Party Defendant's Motion to Consolidate Appeals <br><br> 3. Defs' Motion to Dismiss Portions of PDR that are Untimely | 1. Denied <br><br> 2. Denied <br><br> 3. Allowed |
| 128P17 | In Re Alex Ohara King | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 130P17 | Joan A. Meinck v. City of Gastonia, a North Carolina Municipal Corporation | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-892) <br><br> 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed <br><br> 2. Allowed |
| 131P17 | State v. Francisco Echeverria | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-673) | Denied |
| 133P17 | State v. Michael Todd Walker | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-109) <br><br> 2. State's Motion to Dismiss Appeal | 1. Denied <br><br> 2. Dismissed as moot |
| 134A17 | Hildebran Heritage & Development Association, Inc., et al. v. The Town of Hildebran, et al. | Plts' Motion to Dismiss Appeal | Allowed **05/16/2017** |
| 139P17 | State v. Mohammed Nasser Jilani | Def's *Pro Se* Motion for Writ of Prohibition | Denied |